UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE: Richard Schell

COURT REPORTER:
Jerry Kelley

COURTROOM DEPUTY:
Bonnie Sanford

Interpreter: Alma Adriano

**This day came the parties and by their attorneys the following proceedings were held before Judge Richard Schell in Plano, Texas on 4/1/13:**

**Final Pretrial Conference**

| | |
|---|---|
| 9:02 am | The court called 4:12cr87.  Camelia Lopez for the Govt.  Scottie Allen for Brown (1), Michah Belden for Evans (2), Robert Arrambide for Mitchell (3).  Attorney Allen is running late.  The court will come back to this case.* |
| 9:04 am | The court called 4:12cr 113.  Ernest Gonzalez for the Govt.  Howard Blackmon for the Defendant Joe Cahue. Alma Adriano interpreting for the Defendant.  Mr. Blackmon files a motion to continue.  The court grants the motion. Case continued for final pretrial conference to 5/1/13 at 9:00 a.m. |
| 9:09 am | The court called 4:12cr193. Heather Rattan for the Govt.  Mark Perez for the Defendant Vincent Kindle. Mr. Corrigan not present for Defendant Eric Baines. The court will come back to this case. * |
| 9:12 am | The court called 4:12cr211. Heather Rattan for the Govt.  Howard Blackmon for the Defendant Rocky Sikes. Mr. Black mon files a motion to continue. The court grants the motion.  Case continued for final pretrial conference to 5/1/13 at 9:00 a.m. |
| 9:15 am | The court recalls 4:12cr87.  Camelia Lopez for the Govt.  Scottie Allen for Brown (1), Michah Belden for Evans (2), Robert Arrambide for Mitchell (3).  Mr. Allen requests trial. Mr. Belden and Mr. Arrambide are still in plea negotiations. Case set for jury selection and trial on 10/1/13 at 9:00 a.m.  (3 days). |
| 9:24 am | The court re-called 4:12cr193. Heather Rattan for the Govt.  Mark Perez for the |

|  |  |
|---|---|
|  | Defendant Vincent Kindle. Mr. Corrigan for Defendant Eric Baines. Mr. Perez requests an continuance. Mr. Corrigan also requests a continuance. Case continued for final pretrial conference to 5/1/13 at 9:00 a.m. |
| 9:29 am | The court called 4:12cr212. Tracey Batson for the Govt. Frank Henderson for the Defendant Dante Smith. Mr. Smith requests a new attorney. Mr. Henderson does not see a need for a new attorney. The court denies the request for a new attorney. The Defendant requests a trial. Case set for jury selection and trial on 10/1/13 at 9:00 a.m. (3 days). |
| 9:34 am | The court called 4:12cr216. Chris Eason for the Govt. Frank Henderson as standby counsel for Defendant Michael Edwards. John Teakell for Defendant Cheri Edwards (not present). Mr. Teakell requests a continuance. Mr. Edwards maintains that he wishes to represent himself. Mr. Edwards requests a continuance. Case continued for final pretrial conference to 5/1/13 at 9:00 a.m. |
| 9:40 am | The court called 4:12cr265. Mandy Griffith for the Govt. Nicole Know for Defendant Damian Orisakwe. The Defendant requests a continuance. Case continued for final pretrial conference to 5/1/13 at 9:00 a.m. |
| 9:43 am | The court called 4:12cr270. Shamoil Shipchandler for the Govt. Robert Arrambide for the Defendant Stephen Stepho. The Defense requests a continuance. Case continued for final pretrial conference to 5/1/13 at 9:00 a.m. |
| 9:46 am | The court called 4:12cr272. Tracey Batson for the Govt. Robert Arrambide for the Defendant Cedrick Dixson. Mr. Dixson is not present. Case recesses to wait for the Defendant. At 9:50 a.m. the Defendant appears. Case set for Jury Selection and Trial on 10/1/13 at 9:00 a.m. |
| 9:52 am | Court recessed. |